

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 14, 2007

**BY HAND**
Honorable Barbara S. Jones
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12/26/07 dc

                Re:  **United States v. Bobby Saunders, et al.**
                     S3 07 Cr. 3 (BSJ)

Dear Judge Jones:

        The Government respectfully submits this letter to request an adjournment of the pre-trial conference currently scheduled for December 18, 2007, at 2:30 p.m. in the above-captioned case.  The Government is still in the process of seeking approval for additional charges, including charges involving racketeering and multiple homicides, in this twenty-two defendant case.  We expect to have the requisite approvals from the responsible unit within the Department of Justice by the end of January, at which time we expect that there will be another superseding indictment in this case.  Additionally, the Government is also engaged in plea negotiations with at least nine defendants at this time.  Accordingly, the Government has spoken with Your Honor's courtroom deputy and she has suggested a new date of February 21, 2008, at 3:00 p.m.

        The Government also respectfully requests that the Court exclude time from December 18th until the date of the next pre-trial conference to enable plea discussions to continue with the defendants.  Either AUSA Elizabeth Maringer or I have spoken with counsel for all defendants.  All have consented to this request for the exclusion of time except for Annemarie Hassett, Esq., counsel for Tyrone Moore, Glenn Garber, Esq.,

Honorable Barbara S. Jones
December 14, 2007
Page 2

counsel for Hibah Lee, Toni Messina, Esq., counsel for Andre
Davidson, and Mitchell Dinnerstein, Esq., counsel for Demetri
Young.  Thank you for your consideration of this matter.

                    Respectfully submitted,

                    MICHAEL J. GARCIA
                    United States Attorney

             By: _M_____
                    Elizabeth F. Maringer
                    Michael Q. English
                    Assistant United States Attorneys
                    (212) 637-2402/2594

cc:  All counsel (by fax)

*Applications granted the pretrial conference is adjourned to February 21, 2008 at 3PM. In the interest of justice for the reasons stated above, the period of time from December 18, 2007 to February 21, 2008 is excluded pursuant to 18 U.S.C. §3161(h)(8)(A).*

SO ORDERED.
Dated:
                    BARBARA S. JONES
                    U.S.D.J.

12/17/07