UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,               :     07 CR. 03   (BSJ)
                                        :
                                        :        ORDER
        -v-                             :
                                        :
DAKWAN EDWARDS,                         :
MARQUISH JONES,                         :
MARK HART,                              :
RAHEEM TUCKER,                          :
DEMETRI YOUNG,                          :
CHRIS DIAZ,                             :
ANTHONY DIAZ,                           :
PAUL LOVE,                              :
AARON BIRCH,                            :
KEVIN BECKFORD,                         :
JERMELL FALZONE,                        :
                    Defendants.         :
------------------------------------X

BARBARA S. JONES,
United States District Judge:

   IT IS HEREBY ORDERED that the status conference scheduled for April 24, 2008 at 2PM for the above-named defendants is moved to **11AM**.

   SO ORDERED.

Dated:   New York, New York
         April 21, 2008

                                        _____
                                              BARBARA S. JONES
                                        United States District Judge