```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :   07 CR. 03 (BSJ)
                                    :
                                    :   ORDER
        -v-                         :
                                    :
DAKWAN EDWARDS,                     :
              Defendant.            :
                                    :
------------------------------------X

BARBARA S. JONES, District Judge:

IT IS HEREBY ORDERED that CJA attorney Robert Soloway is relieved and replaced by C.J.A. attorney Daniel Nobel as counsel for defendant Dakwan Edwards effective August 14, 2008.

SO ORDERED.


Dated:    New York, New York
          August 18, 2008

                              _____
                                    BARBARA S. JONES
                              United States District Judge