UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| - v - | 07 CR 0003-12 (LAP) |
| Dakwan Edwards, | ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for March 19, 2020 is adjourned to April 21, 2020 at 11:30 a.m.

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: March 17, 2020
New York, New York