UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
UNITED STATES OF AMERICA          :   ORDER
:
          - v. -                  :   07-CR-03 (LAP)
:
DAKWAN EDWARDS,                   :
:
          Defendant.              :
:
-------------------------------------------------------X

VERNON S. BRODERICK, U.S.D.J.

At the request of the parties, a hearing scheduled for 11:30 a.m. on March 31, 2020 in the above-captioned case will go forward in court in contemplation of the defendant entering an admission to violating the terms of his supervised release, to be followed by immediate sentencing. Because Judge Preska will be absent from the courthouse, the admission and sentencing will, at her request, be handled by the Part I Judge, Judge Broderick. The Marshals are therefore directed to produce defendant Dakwan Edwards, Register Number 59894-054, for a plea hearing at 11:30 a.m. on March 31, 2020 in Courtroom 23B at 500 Pearl Street.

SO ORDERED.

Dated: New York, New York
       March 27, 2020

_____
Vernon S. Broderick
United States District Judge Part I