```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
                                  ------X
                                        :
UNITED STATES OF AMERICA                :
                                        :    ORDER FOR TEMPORARY
        - v. -                          :    RELEASE
                                        :
                                        :    07 Cr. 03 (LAP)
DAKWAN EDWARDS,                         :
                                        :
                      Defendant.        :
                                        :
                                  ------X
```

LORETTA A. PRESKA, U.S.D.J.

Upon the application of defendant Dakwan Edwards, pursuant to 18 U.S.C. § 3142(i) for temporary release, and the Government's and the Probation Office's consent based on the terms and conditions set forth herein, IT IS HEREBY ORDERED:

1. The defendant, DAKWAN EDWARDS, United States Marshals Service number 59894-054, is to be released on his own recognizance, until the completion of the pending violation of supervised release proceedings or until further order of this Court.

2. During the defendant's release, the Probation Office will resume supervision of the defendant under the conditions previously imposed, but, given the coronavirus pandemic, will require the defendant to report to the Probation Office by phone instead of in person. All other previously imposed conditions of release will remain in place.

3. During the defendant's release, the defendant must reside at 3010 Valentine Avenue, Apt. 5F, Bronx, NY 10458, or at a place approved by his Probation Officer.

SO ORDERED.

Dated: New York, New York
April 1, 2020

```
_____
HON. LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
```