# ZEMAN & WOMBLE, LLP

BENJAMIN ZEMAN  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007

P  (718) 514 - 9100  
F  (917) 210 - 3700  
ZEMAN@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

April 20, 2020

BY EMAIL  
Hon. Loretta A. Preska  
United States District Judge  
Southern District of New York  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, NY 10007

The conference is adjourned to July 15, 2020 at 10:00 a.m.  
SO ORDERED.  
Dated: April 21, 2020

Re:   *USA v. Dakwon Edwards*  
       07 Cr. 3 (LAP)

_____  
LORETTA A. PRESKA, U.S.D.J.

Dear Judge Preska:

      I represent Dakwon Edwards on a violation of his supervised release in the above-referenced matter that is scheduled before Your Honor at 11:30 am on April 21, 2020. Pursuant to Your Honor's Order dated April 2, 2020, Mr. Edwards has been released and is presently safely at home recovering from symptoms of COVID-19. I write this letter with the CONSENT of the Government and Mr. Edwards respectfully requesting an adjournment of our April 21, 2020 conference. With the ongoing uncertainty of these times I would propose that we adjourn this conference until a time that is convenient for the Court, possibly in mid-July.

      Thank you for your consideration of this matter. I am working from home am available by email at Zeman@ZemanWombleLaw.com or on my cell phone at (917) 514-3988. Stay safe.

Sincerely,

Benjamin Zeman  
Zeman & Womble, LLP  
Counsel for Dakwon Edwards

Cc:  AUSA Justin Rodriguez