UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        - v -<br><br>Dakwan Edwards, | 07 CR 0003-12 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The conference scheduled for July 15, 2020 is adjourned to September 29, 2020 at 11:30 a.m.

*(signature)*
_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: July 31, 2020
New York, New York