# ZEMAN & WOMBLE, LLP

BENJAMIN ZEMAN
20 VESEY STREET, RM 400
NEW YORK, NY 10007

P  (718) 514 - 9100
F  (917) 210 - 3700
ZEMAN@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

September 24, 2020

BY EMAIL
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *USA v. Dakwon Edwards*
      07 Cr. 3 (LAP)

Dear Judge Preska:

     I represent Dakwon Edwards on a violation of his supervised release in the above-referenced matter that is scheduled before Your Honor at 11:30 am on September 29, 2020. Pursuant to Your Honor's Order dated April 2, 2020, Mr. Edwards has been released and continues to be safe and at home. I write this letter with the CONSENT of the Government and Mr. Edwards respectfully requesting an adjournment of our September 29, 2020 conference. With the ongoing uncertainty of these times I would propose that we adjourn this conference until a time that is convenient for the Court, I understand that November 30, 2020 at 12:00 pm would be acceptable to all the parties.

     Thank you for your consideration of this matter. I am working from home am available by email at Zeman@ZemanWombleLaw.com or on my cell phone at (917) 514-3988. Stay safe.

Sincerely,

Benjamin Zeman
Zeman & Womble, LLP
Counsel for Dakwon Edwards

The conference is adjounred to November 30 at 12:00 p.m.  SO ORDERED.

Dated:  Sept. 25, 2020

_____
LORETTA A. PRESKA, U.S.D.J.